IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM "BILL" HUSTON**                                                      **PLAINTIFF**

**v.**                         **CASE NO. 4:23-CV-00615-BSM**

**FRONTIER IMAGING SERVICES**                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE